

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Robert Steven Dudley,

Vs. No. 11-12-00240-CR

The State of Texas,

* From the 244th District
  Court of Ector County,
  Trial Court No. C-38,861.

* April 17, 2014

* Memorandum Opinion by Wright, C.J.
  (Panel consists of: Wright, C.J.,
  Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.